# DONEY | CROWLEY | PAYNE | BLOOMQUIST P.C.

Diamond Block - 44 West 6th Ave.
P.O. Box 1185
Helena, MT 59624-1185
(406) 443-2211
Tax ID: 81-0504369

October 14, 2011
Statement as of September 30, 2011
Statement No. 13635

James Madison Center for Free Speech
James Bopp
The National Building
1 South Sixth Street
Terre Haute, Indiana 47807-3510

*1767.001: Campaign Contribution Challenge*

| **Expenses** | | **Amount** |
|---|---|---:|
| 9/30/2011 | Postage charge. | 0.44 |
| 9/30/2011 | Westlaw charge | 9.07 |
| 9/30/2011 | Photocopy charge. | 251.85 |
| 9/30/2011 | Long distance telephone charge. | 1.27 |
| 9/13/2011 | Pay.gov - Filing fees for Pro Hac Vice Motions. | 1,100.00 |
| | Sub-total Expenses: | 1,362.63 |
| | Total Current Billing: | 1,362.63 |
| | Previous Balance Due: | 0.00 |
| | Total Payments: | 0.00 |
| | **Total Now Due:** | **1,362.63** |

Interest on all past-due accounts is charged as follows: 10 percent annual simple interest on accounts unpaid 30 days or more after initial invoice date.

# DONEY | CROWLEY | PAYNE | BLOOMQUIST P.C.

Diamond Block - 44 West 6th Ave.
P.O. Box 1185
Helena, MT 59624-1185
(406) 443-2211
Tax ID: 81-0504369

November 15, 2011
Statement as of October 31, 2011
Statement No. 13870

James Madison Center for Free Speech
James Bopp
The National Building
1 South Sixth Street
Terre Haute, Indiana 47807-3510

*1767.001:* Campaign Contribution Challenge

### Expenses

| Date | Description | Amount |
|---|---|---|
| 10/31/2011 | Photocopy charge. | 0.30 |
| 10/31/2011 | Long distance telephone charge. | 0.13 |
| 9/22/2011 | Williams Investigations - Service of process upon David Gallik, Steve Bullock. | 150.00 |
| | Sub-total Expenses: | 150.43 |

| | |
|---|---|
| Total Current Billing: | 150.43 |
| Previous Balance Due: | 1,362.63 |
| Interest/Tax: | 11.35 |
| Total Payments: | 0.00 |
| **Total Now Due:** | 1,524.41 |

Interest on all past-due accounts is charged as follows: 10 percent annual simple interest on accounts unpaid 30 days or more after initial invoice date.

*150.43*