Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Tele:  (406) 570-2949
Fax: (406) 551-6919
E-mail: matthewmonforton@yahoo.com

Attorney for Intervenor-Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA

| | |
|---|---|
| DOUG LAIR, *et al.*, | ) |
| | ) Case No. 6:12-cv-00012-CCL |
| Plaintiffs, | ) |
| | ) |
| | ) **MOTION FOR LEAVE TO FILE** |
| | ) **SUPPLEMENTAL COMPLAINT** |
| v. | ) **IN ACCORDANCE WITH FRCP** |
| | ) **RULE 15(d)** |
| JONATHAN MOTL, in his official | ) |
| capacity as Commissioner of Political | ) |
| Practices; TIMOTHY FOX, in his official | ) |
| capacity as Montana Attorney General, *et* | ) |
| *al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Intervenor-Plaintiffs Rick Hill, A Lot of Folks for Rick Hill, and Lorna Kuney (hereinafter, the "Hill Campaign"), hereby move this Court for leave to file a supplemental complaint in accordance with Rule 15(d) of the Federal Rules of Civil Procedure. The motion is supported by a brief with the proposed supplemental complaint attached to it. The motion is also supported by various exhibits.

Per L.R. 7.1, counsel for the *Lair* Plaintiffs has been notified of this motion and does not object. Counsel for the State has also been notified and objects.


DATED: October 16, 2015    Respectfully submitted,
                           Monforton Law Offices, PLLC

                           /s/ Matthew G. Monforton
                           Matthew G. Monforton

                           Attorney for Intervenor-Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Montana by using the CM/ECF system on October 16, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


DATED: October 16, 2015        Respectfully submitted,
                               Monforton Law Offices, PLLC

                               /s/ Matthew G. Monforton
                               Matthew G. Monforton

                               Attorney for Intervenor-Plaintiffs