TIMOTHY C. FOX
Montana Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COCHENOUR
PATRICK M. RISKEN
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
dales@mt.gov
mcochenour2@mt.gov
prisken@mt.gov

COUNSEL FOR DEFENDANTS

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| DOUG LAIR, STEVE DOGIAKOS, AMERICAN TRADITION PARTNERSHIP, AMERICAN TRADITION PARTNERSHIP PAC, MONTANA RIGHT TO LIFE ASSOCIATION PAC, SWEETGRASS COUNCIL FOR COMMUNITY INTEGRITY, LAKE COUNTY REPUBLICAN CENTRAL COMMITTEE, BEAVERHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE, JAKE OIL, LLC, JL OIL, LLC, CHAMPION PAINTING, INC., and JOHN MILANOVICH, <br><br> Plaintiffs, <br>    v. <br><br> JONATHAN MOTL, in his official capacity as Commissioner of Political Practices; TIM FOX, in his official capacity as Attorney General of the State of Montana; and LEO GALLAGHER, in his official capacity as Lewis and Clark County Attorney, <br><br> Defendants. | CV 12-12-H-CCL <br><br><br> **SUPPLEMENTAL DECLARATION OF PATRICK M. RISKEN RE: DEFENDANTS' STATEMENT OF DISPUTED FACTS** |

I, PATRICK M. RISKEN, make the following Declaration under penalty of perjury:

1. I am co-counsel for Defendants in the above action, am over the age of 18 years, am competent to testify as to the matters set forth herein and make this Declaration based upon my own personal knowledge and/or belief. I am generally familiar with the claims, materials, documents, pleadings, and public records regarding this matter.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the document 1906-Present Historical Ballot Initiatives and Referenda, published by the Montana Secretary of State, as a reference concerning the 1994 Initiative 118.

2. Attached hereto as Exhibit B is a true and correct copy of *Defendants' Answers to Plaintiffs' First Set of Requests for Admissions*, referenced in *Defendants' Statement of Disputed Facts*, filed herewith.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the testimony of witnesses in the trial of *Montana Right to Life Ass'n., et al. v. Robert Eddleman,* U.S. District Court (Montana) No. CV-96-165-BLG-JDS, held in Billings, Montana from March 27-30, 2000. These excerpts are in addition to those from the same trial cited in *Plaintiffs' Statement of Undisputed Facts* (Doc. 238) herein.

4.     Attached hereto as Exhibit D is a true and correct copy of excerpts of the testimony of witnesses in the trial of *Doug Lair, et al. v. James Murry, et al.,* U.S. District Court (Montana) No. 6:12-cv-00012CCL, held in Helena, Montana from September 12-14, 2012.  These excerpts are in addition to those from the same trial cited in *Plaintiffs' Statement of Undisputed Facts* (Doc. 238) herein.

5.     Attached hereto as Exhibit E is a true and correct copy of the transcript of the deposition of Jonathan Motl, taken in this case on January 29, 2016.  These excerpts are in addition to those from the same trial cited in *Plaintiffs' Statement of Undisputed Facts* (Doc. 238) herein.

6.     I hereby declare under penalty of perjury under the laws of the State of Montana that the foregoing is true and correct to the best of my knowledge.

DATED this 4th day of April, 2016.

                    */s/ Patrick M. Risken*
                    PATRICK M. RISKEN
                    Assistant Attorney General
                    Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: April 4, 2016

*/s/ Patrick M. Risken*
PATRICK M. RISKEN
Assistant Attorney General
Counsel for Defendants