IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**
MAY 16 2016
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| DOUG LAIR, STEVE DOGIAKOS, AMERICAN TRADITION PARTNERSHIP, AMERICAN TRADITION PARTNERSHIP PAC, MONTANA RIGHT TO LIFE ASSOCIATION PAC, SWEETGRASS COUNCIL FOR COMMUNITY INTEGRITY, LAKE COUNTY REPUBLICAN CENTRAL COMMITTEE, BEAVERHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE, JAKE OIL LLC, JL OIL LLC, CHAMPION PAINTING INC, and JOHN MILANOVICH,<br><br>                    Plaintiffs,<br><br>and<br><br>RICK HILL,<br><br>                    Plaintiff-Intervenor,<br><br>vs.<br><br>JONATHAN MOTL, in his official capacity as Commissioner of Political Practices; TIM FOX, in his official capacity as Attorney General of the State of Montana; and LEO GALLAGHER, in his official capacity as Lewis and Clark County Attorney,<br><br>                    Defendants. | CV 12–12–H–CCL<br><br>ORDER |

The Court having concluded that this matter is appropriate for resolution through summary judgment,

IT IS ORDERED that the May 23, 2016 bench trial is VACATED.

DATED this 16 day of May, 2016.

_____
Charles C. Lovell
Senior United States District Judge