TIMOTHY C. FOX
Montana Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COCHENOUR
PATRICK M. RISKEN
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
dales@mt.gov
mcochenour2@mt.gov
prisken@mt.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DOUG LAIR, STEVE DOGIAKOS, AMERICAN TRADITION PARTNERSHIP, AMERICAN TRADITION PARTNERSHIP PAC, MONTANA RIGHT TO LIFE ASSOCIATION PAC, SWEETGRASS COUNCIL FOR COMMUNITY INTEGRITY, LAKE COUNTY REPUBLICAN CENTRAL COMMITTEE, BEAVERHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE, JAKE OIL, LLC, JL OIL, LLC, CHAMPION PAINTING, INC., and JOHN MILANOVICH,<br><br>        Plaintiffs,<br>v.<br><br>JONATHAN MOTL, in his official capacity as Commissioner of Political Practices; TIM FOX, in his official capacity as Attorney General of the State of Montana; and LEO GALLAGHER, in his official capacity as Lewis and Clark County Attorney,<br><br>        Defendants. | CV 12-12-H-CCL<br><br><br>**DEFENDANTS' MOTION FOR IMMEDIATE PARTIAL STAY OF ORDER AND JUDGMENT PENDING APPEAL** |

Pursuant to Fed. R. Civ. P. 62(c), Defendants move this Court for a partial stay of its Order (Doc. 278) and Amended Judgment (Doc. 280), entered in this matter on May 17, 2016. This motion is supported by Defendants' Brief in Support of Motion for Immediate Partial Stay of Order and Judgment Pending Appeal. Pursuant to Local Rule 7.1(c)(1), opposing counsel has been contacted and oppose this motion.

Respectfully submitted this 19th day of May, 2016.

> TIMOTHY C. FOX
> Montana Attorney General
> DALE SCHOWENGERDT
> Solicitor General
> MATTHEW T. COCHENOUR
> PATRICK M. RISKEN
> Assistant Attorneys General
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By:   */s/ Matthew T. Cochenour*
>        MATTHEW T. COCHENOUR
>        Assistant Attorney General
>        Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana by using cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the appellate cm/ecf system.

Dated: May 19, 2016                     /s/ Matthew T. Cochenour
                                                      MATTHEW T. COCHENOUR
                                                      Assistant Attorney General
                                                      Counsel for Defendants