FILED
2/21/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DOUG LAIR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JONATHAN MOTL, et al., <br><br> Defendants. | CV 12–12–H–CCL <br><br> ORDER |

The United States Supreme Court having denied the petition for certiorari filed by Plaintiffs, and the United States Court of Appeals for the Ninth Circuit having reversed this Court's judgment in favor of Plaintiffs, the Court is prepared to rule on Plaintiffs' pending motion for attorney's fees and expenses. (Doc. 293). Plaintiffs are not the prevailing parties and therefore are not entitled to attorney's fees or costs. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for attorney's fees and costs (Doc. 293) is DENIED.

Dated this 21st day of February, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE