FILED

July 22, 2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DOUG LAIR, et al., | CV-12-12-H-CCL |
| Plaintiffs, | |
| vs. | Amended Order |
| JEFF MANGAN[1], et al., | |
| Defendants. | |

Plaintiffs' request oral argument on the their Rule 60(b) Motion (Doc. 316). Defendants state they do not have an objection if the Court believes that oral argument would be helpful to decide the motion. Accordingly,

ORDERED: Plaintiffs' request for oral argument (Doc. 320) is GRANTED. Counsel shall appear in person for oral argument on the Rule 60(b) motion on July 30, 2020, at 10:00 a.m., in Courtroom II, 901 Front Street, Helena, Montana.

Dated this 22nd day of July, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Jeff Mangan replaced Jonathan Motl as Montana Commissioner of Political Practices in May of 2017.